

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00213-CV

Maria Eugenia **FREEZE**,
Appellant/Cross-Appellee

v.

Erwin Florentino **RAMIREZ**,
Appellee/Cross-Appellant

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15361
Honorable Michael E. Mery, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, Cross-Appellant Erwin Florentino Ramirez's cross-appeal is dismissed. Appellant Maria Eugenia Freeze's appeal is retained on this court's docket. Cross-Appellant's motion to strike Appellant's brief and dismiss Appellant's appeal is carried with the appeal. No costs of court are taxed at this time.

It is so **ORDERED** on December 5, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court